UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DHD OFFSHORE SERVICES, LLC | CIVIL ACTION NO. _____ |
| VS. | JUDGE: _____ |
| JAMES NAVERRE | MAGISTRATE: _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **COMPLAINT FOR DECLARATORY JUDGMENT**

The Complaint for Declaratory Judgment of DHD Offshore Services, LLC, a Louisiana entity authorized to do and doing business in the State of Louisiana and within the territorial jurisdiction of this Court, with respect avers:

1.

This action arises under the General Maritime Law of the United States with jurisdiction premised upon 28 U.S.C. § 1333. In addition, Complainant seeks a determination of its liability to Defendant for maintenance and cure benefits in accordance with 28 U.S.C. § 2201.

2.

These claims are asserted in Admiralty under the provisions and within the meaning of FRCP 9(h). Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

3.

Defendant, JAMES NAVERRE, is a resident of the full age of majority of St. Mary Parish, Louisiana.

4.

Defendant alleges he sustained injuries on or about July 29, 2022, while working for Complainant as a rigger aboard a derrick barge while on navigable waters (the "Incident").

5.

Complainant maintains Defendant is a covered worker under the Longshore and Harbor Workers' Compensation Act. Complainant has filed an LS-202 (Employee's First Report of Injury or Occupational Illness) with the U.S. Department of Labor for the Incident. Defendant has been receiving LHWCA benefits.

6.

Defendant does not meet the legal definition of a Jones Act seaman.

7.

Defendant, through counsel, claims he is a seaman under the Jones Act and General Maritime Law and has made demand on Complainant that maintenance and cure be paid.

8.

Complainant therefore seeks a judgment declaring that Defendant is not a Jones Act seaman and/or maintenance and cure benefits are not owed to Defendant.

9.

An actual controversy within the jurisdiction of this court exists with regard to the matters stated above between Complainant and Defendant.

10.

Complainant petitions this Court to avoid any allegations that it is being arbitrary, capricious, or callous in its treatment of Defendant. Complainant asserts that it is in good faith to challenge Defendant's allegations based upon the above stated facts.

11.

WHEREFORE, all premises considered, Complainant, DHD OFFSHORE SERVICES,

LLC, respectfully prays that after all legal delays and due proceedings had, there be judgment herein declaring that Defendant, JAMES NAVERRE, is not entitled and has never been entitled to maintenance and cure benefits from Complainant, that Complainant's actions towards Defendant have been in good faith and have not been arbitrary, capricious, or callous and awarding Complainant all sums to which it is due including but not limited to reimbursement of maintenance, cure, attorney's fees and costs, as the justice of this cause may require and permit, and for such other further and different relief as may be necessary and proper.

Respectfully submitted,

MAHTOOK & LAFLEUR
(A Limited Liability Company)

_____
WARD F. LAFLEUR - I.D. NO. 01770
JULIE I. FAULK - I.D. NO. 36453
600 Jefferson Street, Suite 1000
Post Office Box 3089
Lafayette, Louisiana 70502
Telephone: (337) 266-2189
**COUNSEL FOR COMPLAINANT, DHD OFFSHORE SERVICES, LLC**

**CERTIFICATE**

I HEREBY CERTIFY that the above and foregoing has this date been served on all counsel of record in this proceeding by:

( ) Hand Delivery  ( ) Prepaid U.S. Mail

( ) Facsimile  ( ) Electronic Mail

( ✓ ) CM/ECF Filing System

Lafayette, Louisiana, this 20th day of October, 2022.

_____
WARD F. LAFLEUR